USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTHUR ELIAV,

                Plaintiff,

-against-

ROOSEVELT ISLAND OPERATING CORPORATION; SHELTON HAYNES; GRETCHEN ROBINSON; and TAJUNA SHARP,

                Defendants.

1:22-CV-9978 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 23, 2022, Plaintiff filed a complaint against Defendants alleging employment discrimination, *see* Dkt. 1;

    WHEREAS on January 23, 2023, Defendants filed an answer and counterclaim (the "Counterclaim") against Plaintiff, as well as a motion to dismiss the complaint (the "Motion to Dismiss"), *see* Dkts. 20–21;

    WHEREAS on January 24, 2023, this Court referred the case to the Court-annexed Mediation Program and stayed Plaintiff's deadline to respond to Defendants' counterclaim and motion to dismiss, *see* Dkt. 24; and

    WHEREAS on March 13, 2023, the parties appeared for a mediation conference but were unsuccessful in resolving any issue in this case, *see* Dkt. 25.

    IT IS HEREBY ORDERED that Plaintiff's deadline to either amend the complaint or oppose the Motion to Dismiss is **Friday, April 7, 2023**; likewise, Plaintiff's deadline to respond to the Counterclaim is **Friday, April 7, 2023**. An Initial Pretrial Conference will be scheduled by separate order.

SO ORDERED.

Dated: March 16, 2023
          New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**