```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR ELIAV,

                Plaintiff,

-against-

ROOSEVELT ISLAND OPERATING CORPORATION; SHELTON HAYNES; GRETCHEN ROBINSON; and TAJUNA SHARP,

                Defendants.

1:22-CV-9978 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 10, 2023, Plaintiff filed an amended complaint against Defendants, stating that a copy of Plaintiff's August 31, 2022 Right to Sue letter from the Equal Employment Opportunity Commission ("EEOC") is annexed as Exhibit A, *see* Dkt. 30; and

    WHEREAS Exhibit A is not annexed to the amended complaint or posted anywhere else on the docket.

    IT IS HEREBY ORDERED that Plaintiff must file a copy of his EEOC Right to Sue letter on ECF no later than **Monday, November 13, 2023.**

**SO ORDERED.**

Dated:  **November 8, 2023**
         **New York, New York**

                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**