**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X
ARTHUR ELIAV,

                Plaintiff-Counter Defendant,        22 **CIVIL** 9978 (VEC)

    -against-                                    **JUDGMENT**

ROOSEVELT ISLAND OPERATING
CORPORATION, SHELTON HAYNES, GRETCHEN
ROBINSON, and TAJUNA SHARPE,

                Defendants-Counter Claimants.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion dated January 18, 2024, Defendants' Motion to Dismiss Plaintiff's federal claims is GRANTED, and those claims are dismissed with prejudice. All state law claims are dismissed without prejudice. Accordingly, this case is closed.

**Dated:** New York, New York
         January 19, 2024

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                          **BY:**      _____
                                                    **Deputy Clerk**