USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR ELIAV,<br><br>                              Plaintiff,<br><br>          -against-<br><br>ROOSEVELT ISLAND OPERATING CORPORATION; SHELTON HAYNES; GRETCHEN ROBINSON; and TAJUNA SHARP,<br><br>                              Defendants. | 1:22-CV-9978 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 19, 2024, the Court issued an Opinion granting Defendants' Motion to Dismiss Plaintiff's federal claims and dismissing without prejudice Plaintiff's state and city law claims, along with Defendants' counterclaims for lack of subject matter jurisdiction, *see* Dkt. 54; and

WHEREAS the Judgment only dismisses the state law claims without prejudice and not the city claims, *see* Dkt. 55.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to issue and amended judgment, dismissing Plaintiff's city law claims, along with the state law claims without prejudice.

**SO ORDERED.**

Dated:  January 22, 2024
         New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**