# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ARTHUR ELIAV,

                Plaintiff,                              22 **CIVIL** 9978 (VEC)

               -against-                            **AMENDED JUDGMENT**

ROOSEVELT ISLAND OPERATING
CORPORATION, SHELTON HAYNES, GRETCHEN
ROBINSON, and TAJUNA SHARPE,

                Defendants.

------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion dated January 18, 2024 and Order dated January 22, 2024, Defendants' Motion to Dismiss Plaintiff's federal claims is GRANTED, and those claims are dismissed with prejudice. Plaintiff's city law claims are dismissed along with the state law claims without prejudice.

**Dated:**  New York, New York
          January 22, 2024

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court

                               **BY:**

                                                    _____
                                                           **Deputy Clerk**